THOMAS E. WINNER
Nevada Bar No. 5168
LARA L. MILLER
Nevada Bar No. 12618
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@awslawyers.com
lmiller@awslawyers.com

*Attorneys for Geico Advantage Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BETSY LINDSEY-ESPANIOLA, individually,<br><br>Plaintiff,<br><br>v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-01850-MMD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND/OR IN THE ALTERNATIVE, MOTION TO BIFURCATE THE EXTRA-CONTRACATUAL CAUSES OF ACTION** |

Plaintiff, BETSY LINDSEY-ESPANIOLA, and Defendant, GEICO ADVANTAGE INSURANCE COMPANY, by and through their respective counsel of record, hereby Stipulate to the following:

///

///

///

///

1. Move the deadline for filing Defendant's Reply in Support of Defendant's Motion for Partial Summary Judgment and/or in the alternative, Motion to Bifurcate the Extra-Contractual Causes of Action from January 21, 2019 to January 31, 2019.

Dated this 17th day of January, 2019.

ATKIN WINNER & SHERROD

 /s/ Lara L. Miller
Thomas E. Winner
Nevada Bar No. 5168
Lara L. Miller
Nevada Bar No. 12618
1117 S. Rancho Dr.
Las Vegas, Nevada 89102
*Attorneys for Defendant
GEICO Advantage Insurance Co.*

Dated this 17th day of January, 2019.

STEVE DIMOPOULOS LAW FIRM

 /s/ Garnet E. Beal
Steve Dimopoulos
Nevada Bar No. 12729
Garnet E. Beal
Nevada Bar No. 12693
6830 S. Rainbow Blvd., Ste. 200
Las Vegas, Nevada 89118
*Attorneys for Plaintiff
Betsy Lindsey-Espaniola*

## ORDER

IT IS HEREBY ORDERED that the deadline for Defendant's Reply in Support of Defendant's Motion for Partial Summary Judgment and/or in the alternative, Motion to Bifurcate the Extra-Contractual Causes of Action is moved from January 21, 2019 to January 31, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: January 17, 2019

Respectfully submitted by:

ATKIN WINNER & SHERROD

 /s/ Lara L. Miller
Thomas E. Winner
Nevada Bar No. 5168
Lara L. Miller
Nevada Bar No. 12618
1117 S. Rancho Dr.
Las Vegas, Nevada 89102
*Attorneys for Defendant GEICO Advantage Insurance Co.*