THOMAS E. WINNER
Nevada Bar No. 5168
LARA L. MILLER
Nevada Bar No. 12618
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@awslawyers.com
lmiller@awslawyers.com

*Attorneys for Geico Advantage Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BETSY LINDSEY-ESPANIOLA, individually,<br><br>Plaintiff(s),<br><br>v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendant(s). | CASE NO.: 2:18-cv-01850-MMD-PAL<br><br>**ORDER RE: JOINT INTERIM STATUS REPORT REQUEST TO SET DATE FOR THE FILING OF THE JOINT PRETRIAL ORDER** |

Pursuant to LR 26-3, the Parties in the above-captioned matter submit this Joint Interim Status Report.

<u>Time Necessary for Trial</u>: The Parties believe trial will take 5-7 days.

<u>Trial Dates</u>: The deadline for the Joint Pretrial Order is July 29, 2019, unless dispositive motions are filed, and then this deadline will be suspended until after the decisions on the dispositive motions. At this time, it is likely that dispositive motions will be filed. Therefore, the parties are available to commence trial on any of the following dates:

1. September 30, 2019
2. October 14, 2019
3. October 21, 2019

Through counsel, the parties certify that during the Fed. R. Civ. P. 26(f) conference on December 11, 2018, the parties considered consent to trial by magistrate judge under 28 U.S.C. §636(c) and Fed. R. Civ. P. 73, the use of the Short Trial Program (General Order 2013-01), and the use of alternative dispute resolution, including mediation, arbitration, and early neutral evaluation. The parties are participating in alternative dispute resolution on April 23, 2019.

Dated this 28th day March, 2019.    Dated this 28th day March, 2019.

DIMOPOULOS INJURY LAW    ATKIN WINNER & SHERROD

*/s/ Garnet E. Beal*  
Garnet E. Beal  
Nevada Bar No. 12693  
6830 South Rainbow Blvd., Suite 200  
Las Vegas, Nevada 89118  
*Attorneys for Plaintiff*

*/s/ Lara L. Miller*  
Thomas E. Winner  
Nevada Bar No. 5168  
Lara L. Miller  
Nevada Bar No. 12618  
1117 South Rancho Drive  
Las Vegas, Nevada 89102  
*Attorneys for Defendant*

**IT IS SO ORDERED.**

DATED: May 15, 2019

MirandaM.Du,  
United States District Judge