STEVE DIMOPOULOS, ESQ.
Nevada Bar No. 12729
GARNET E. BEAL, ESQ.
Nevada Bar No. 12693
DIMOPOULOS INJURY LAW
6830 S. Rainbow Blvd., Suite 200
Las Vegas, NV 89118
O: (702) 800-6000
F: (702) 224-2114
gb@stevedimopoulos.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BETSY LINDSEY ESPANIOLA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO ADVANTAGE INSURANCE COMPANY; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-01850-MMD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND/OR IN THE ALTERNATIVE, MOTION TO BIFURCATE THE EXTRA-CONTRACTUAL CAUSES OF ACTION** |

Plaintiff BETSY LINDSEY-ESPANIOLA, and Defendant GEICO ADVANTAGE INSURANCE COMPANY by and through their respective counsel of record, hereby stipulate to the following:

1. Move the deadline for filing Plaintiff's Opposition to Defendant's Motion For Partial Summary Judgment And/or, In The Alternative, Motion to Bifurcate the Extra-Contractual Causes of Action from December 20, 2018 to January 7, 2019.

DATED this 20 day of December, 2018.            DATED this 20 day of December, 2018.

STEVE DIMOPOULOS LAW FIRM                      ATKIN, WINNER & SHERROD

_____                       _____
GARNET E. BEAL, ESQ.                            LARA L. MILLER, Esq.
Nevada Bar No. 12693                            Nevada Bar No. 12618
6830 S. Rainbow Blvd., Suite 200                1117 South Rancho Drive
Las Vegas, Nevada 89118                         Las Vegas, Nevada 89102
*Attorneys for Plaintiff*                       *Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED** that Plaintiff's opposition to Defendant's Motion For Partial Summary Judgment And/or, In The Alternative, Motion to Bifurcate the Extra-Contractual Causes of Action from December 20, 2018 to January 7, 2019.

DATE this __15__ day of May, 2019, nunc pro tunc.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

STEVE DIMOPOULOS LAW FIRM

_____
GARNET E. BEAL, ESQ.
Nevada Bar No. 12693
6830 S. Rainbow Blvd., Suite 200
Las Vegas, Nevada 89118
*Attorneys for Plaintiff*