THOMAS E. WINNER
Nevada Bar No. 5168
LARA L. MILLER
Nevada Bar No. 12618
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@awslawyers.com
lmiller@awslawyers.com

*Attorneys for Geico Advantage Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BETSY LINDSEY-ESPANIOLA, individually, <br><br> Plaintiffs, <br><br> v. <br><br> GEICO ADVANTAGE INSURANCE COMPANY; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive, <br><br> Defendants. | CASE NO.: 2:18-cv-01850-MMD-PAL <br><br> **STIPULATION AND ORDER TO CONDUCT EXPERT DEPOSITIONS OUTSIDE THE CLOSE OF DISCOVERY** |

IT IS HEREBY STIPULATED by and between Plaintiff, BETSY LINDSEY-ESPANIOLA, by and through her counsel of record, DIMOPOULOS INJURY LAW, and Defendant GEICO ADVANTAGE INSURANCE COMPANY, by and through its counsel of record, ATKIN WINNER & SHERROD, to conduct the depositions of Plaintiff's experts Jason Garber, M.D., and Marc D. Beckerman outside the close of discovery.

This extension will permit the Defendant to take the depositions of Plaintiff's experts ouside the close of discovery because they are not available to be deposed prior to that date, May 28, 2019.

///

///

The depositions of Plaintiff's experts are currently scheduled as follows:

1. Jason Garber, M.D. - August 8, 2019
2. Marc D. Beckerman - June 11, 2019

**IT IS SO STIPULATED.**

DATED this 23 day of May, 2019.

ATKIN WINNER & SHERROD

THOMAS E. WINNER
Nevada Bar No. 5168
LARA L. MILLER
Nevada Bar No. 12618
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for GEICO ADVANTAGE INSURANCE COMPANY*

DATED this 8 day of May, 2019.

DIMOPOULOS INJURY LAW

GARNET E. BEAL
Nevada Bar No. 12693
6830 South Rainbow Blvd., Suite 200
Las Vegas, Nevada 89118
*Attorneys for Plaintiff Betsy Lindsey-Espaniola*

## ORDER

IT IS HEREBY ORDERED that the depositions of Plaintiff's experts Jason Garber, M.D. and Marc D. Beckerman will be conducted outside the close of discovery.

Dated this 28 day of May, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

ATKIN WINNER & SHERROD

Thomas E. Winner
Nevada Bar No. 5168
Lara L. Miller
Nevada Bar No. 12618
1117 S. Rancho Dr.
Las Vegas, NV 89102
*Attorneys for Defendant GEICO Advantage Insurance Co.*