THOMAS E. WINNER
Nevada Bar No. 5168
STEVEN C. DEVNEY
Nevada Bar No. 12728
WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@winnerfirm.com
sdevney@winnerfirm.com
Attorneys for Geico Advantage Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BETSY LINDSEY-ESPANIOLA, individually,<br><br>Plaintiff(s),<br><br>v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendant(s). | CASE NO.: 2:18-cv-01850-MMD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Steve Dimopoulos, attorney for the Plaintiff, BETSY LINDSEY-ESPANIOLA, and Thomas E. Winner, attorney for Defendant, GEICO ADVANTAGE INSURANCE COMPANY that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

///

///

///

///

///

IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above referenced matter.

DATED this 18 day of October, 2019.

WINNER & SHERROD

_____
Thomas E. Winner
Nevada Bar No. 5168
Steven C. Devney
Nevada Bar No. 12728
1117 South Rancho Drive
Las Vegas, Nevada 89102

DIMOPOULOS LAW FIRM

_____
Steve Dimopoulos
Nevada Bar No. 12729
Garnet E. Beal
Nevada Bar No. 12693
6830 S. Rainbow Blvd., Ste 200
Las Vegas, NV 89118
Attorneys for Plaintiff

1192308.docx

ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter.

IT IS FURTHER ORDERED that no trial date has been scheduled in the above referenced matter.

DATED this 21st day of October 2019.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

WINNER & SHERROD, LTD.

_____
Thomas E. Winner
Nevada Bar No. 5168
Steven C. Devney
Nevada Bar No. 12728
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant

Case No.: 2:18-cv-01850-MMD-BNW